**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Remarkable Healthcare, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1665142 | |
| 4. | **Debtor's address** | **Principal place of business** **904 Emerald Blvd.** **Southlake, TX 76092** Number, Street, City, State & ZIP Code  **Tarrant** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.remarkablehealthcare.net | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Remarkable Healthcare, LLC**                                            Case number (*if known*) _____
        Name

**7. Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6231__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**                         Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Remarkable Healthcare, LLC**  
Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Remarkable Healthcare, LLC**                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2.12.18
              MM / DD / YYYY

X  /s/ Laurie B. McPike
Signature of authorized representative of debtor

**Laurie Beth McPike**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X  /s/ Mark A Castillo
Signature of attorney for debtor

Date  2/12/18
      MM / DD / YYYY

**Mark A. Castillo**
Printed name

**Curtis | Castillo PC**
Firm name

**901 Main Street**
**Suite 6515**
**Dallas, TX 75202**
Number, Street, City, State & ZIP Code

Contact phone  **214-752-2222**     Email address  **mcastillo@curtislaw.net**

**24027795**
Bar number and State

Debtor **Remarkable Healthcare, LLC**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Remarkable Healthcare of Carrollton, LP** | | Relationship to you | | **Affiliate** |
| District | **U.S. Bankruptcy Court for Eastern District of Texas** | When | **2/12/18** | Case number, if known | |
| Debtor | **Remarkable Healthcare of Dallas, LP** | | Relationship to you | | **Affiliate** |
| District | **U.S. Bankruptcy Court for the Eastern District of Texas** | When | **2/12/18** | Case number, if known | |
| Debtor | **Remarkable Healthcare of Fort Worth, LP** | | Relationship to you | | **Affiliate** |
| District | **U.S. Bankruptcy Court for the Eastern District of Texas** | When | **2/12/18** | Case number, if known | |
| Debtor | **Remarkable Healthcare of Seguin, LP** | | Relationship to you | | **Affiliate** |
| District | **U.S. Bankruptcy Court for the Eastern District of Texas** | When | **2/12/18** | Case number, if known | |

# REMARKABLE HEALTHCARE, LLC

## CONSENT OF MEMBERS

The undersigned members, constituting the two members of Remarkable Healthcare, LLC, a Texas limited liability company (the "Company"), do hereby approve of the Company taking the following described actions.

**WHEREAS** the Company is experiencing severe financial and liquidity issues; and

**WHEREAS**, on February 9, 2018, the members resolved that the Company was authorized to seek Chapter 11 bankruptcy protection under Title 11 of the United States Code and to engage Curtis | Castillo PC (the "Firm") to provide legal services to the Company in connection with a Chapter 11 bankruptcy case and related matters; and

**WHEREAS**, the members, for themselves and on behalf of the Company, acknowledge that the commencement of a bankruptcy case shall provide certain relief to the Company but the bankruptcy filing in and of itself shall not absolve the Company of (*i*) its duties under corporate-governance partnership documents, or (*ii*) the obligations of the Company to continue to adhere to all applicable laws, rules, ordinances, and regulations (collectively, "Applicable Law") that would apply outside of bankruptcy and that are not stayed by bankruptcy; and

**WHEREAS** the Company, and the members, recognize, among all of the rights and duties of a Chapter 11 debtor-in-possession, the need to take all steps within the power of the Company to (*i*) remain administratively solvent during the prosecution of a Chapter 11 bankruptcy proceeding and (*ii*) maintain the ability to pay in a timely manner all fees and expenses incurred by the Company following the commencement of a Chapter 11 proceeding, including but not limited to the quarterly fees due to the United States Trustee and all fees and expenses incurred by the Firm (collectively, the "Bankruptcy Administrative Duties");

**AND THEREFORE, BE IT RESOLVED** that the members authorize and direct the Company to take any and all actions necessary and appropriate under the United States Bankruptcy Code, and/or other Applicable Law to fulfill the duties of the Company as a debtor in possession in a Chapter 11 bankruptcy proceeding, including, but not limited to the Bankruptcy Administrative Duties, and to acquire all necessary funds and preserve and utilize the value of all estate assets to the extent possible to discharge all such duties.

**IN WITNESS WHEREOF**, the undersigned, being the members of the Company, have approved and adopted the foregoing resolution, and have hereunto set their hands effective as of February 9, 2018.

_____
**Laurie Beth McPike**
Managing Member


_____
**Jon McPike**
Managing Member

Fill in this information to identify the case:

Debtor name: **Remarkable Healthcare, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** P.O. Box 36001 Fort Lauderdale, FL 33336-0001 | | | | | | $82,714.26 |
| **Check Mate Service Line** PO Box 41582 Providence, RI 02940 | | | | | | $52.57 |
| **Colonial Life** P.O. Box 903 Columbia, SC 29202 | | | | | | $211.58 |
| **Comerica Bank** P.O. Box 641618 Detroit, MI 48264 | | | | | | $12,860.00 |
| **Lawn Pros, LLC** P.O. Box 1213 Colleyville, TX 76034 | | | **Disputed** | | | $4,108.60 |
| **Montgomery Coscia Greilich, LLP** 2500 Dallas Parkway Suite 300 Plano, TX 75093 | | | | | | $6,936.20 |
| **New Braunfels Utilities** P.O. Box 660 San Antonio, TX 78293 | | | | | | $8.93 |
| **North American Administrators** 1826 Elm Hill Pike Nashville, TN 37210 | | | | | | $14,557.20 |
| **PLIC - SBD Grand Island** PO BOX 10372 Des Moines, IA 50306 | | | | | | $538.01 |

Debtor **Remarkable Healthcare, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PointClick Care Technologies INC**<br>**P.O. BOX 674802**<br>**Detroit, MI 48267** | | | | | | **$361.80** |
| **UNUM Life Insurance Company of America**<br>**P.O. Box 409548**<br>**Atlanta, GA 30384** | | | | | | **$38.50** |

**Fill in this information to identify the case:**

Debtor name  **Remarkable Healthcare, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2.12.18        X  */s/ Laurie Beth McPike*
                                Signature of individual signing on behalf of debtor

**Laurie Beth McPike**
Printed name

**Managing Member**
Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Remarkable Healthcare, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Remarkable Healthcare, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 12, 2018**  
Date

**/s/ Mark A. Castillo**  
**Mark A. Castillo 24027795**  
Signature of Attorney or Litigant  
Counsel for  **Remarkable Healthcare, LLC**  
**Curtis | Castillo PC**  
**901 Main Street**  
**Suite 6515**  
**Dallas, TX 75202**  
**214-752-2222 Fax:214-752-0709**  
**mcastillo@curtislaw.net**

Revised 12/1/2009            LBR Appendix 1007-b-6

## United States Bankruptcy Court
### Eastern District of Texas

In re    **Remarkable Healthcare, LLC**          Case No. _____

                                        Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    2.12.18                            *[signature]*

                                                                   **Laurie Beth McPike/Managing Member**
                                                                   Signer/Title

.

Abshire Dietary Consultants
P.O. Box 1635
El Campo, TX 77437

ACC Business
P.O. Box 105306
Atlanta 30348-5306

ADP, Inc.
P.O. Box 842875
Boston, MA 02284-2875

Aflac Worldwide Headquarters
1932 Wynnton Road
Columbus, GA 31999-0001

Amanda Anderson
290 E. Henderson st
Reklaw, TX 75784

American Diagnostic Services
PO Box 62510
Baltimore, MD 21264

American Express
P.O. Box 36001
Fort Lauderdale, FL 33336-0001

AT&T MOBILITY (Account 877003191)
PO Box 6463
Carol Stream, IL 60197-6463

Calderon Textiles
PO Box 1627
Indianapolis, IN 46206-1627

CareNow (GA)
PO#743571
Atlanta, GA 30374

Check Mate Service Line
PO Box 41582
Providence, RI 02940

CMMS Mobile Imaging Services
PO Box 643
San Marcos, TX 78667

Colleyville Lofts Venture LLC
909 Lake Carolyn Parkway
Suite 150
Irving, TX 75039

```
Colonial Life
P.O. Box 903
Columbia, SC 29202

Colorado Dept. of Labor and Employment
PO Box 956
Denver, CO 80201

Comerica Bank
P.O. Box 641618
Detroit, MI 48264

Comerica Commercial Lending Services
P.O. Box 641618
Detroit, MI 48264

CPro Associates Inc.
15660 N Dallas Parkway
Suite 650
Dallas, TX 75248

Crystal Lopez
636 York Court
Lewisville, TX 75056

Curtis Castillo
2101 Custer Rd
Plano, TX 75075

Direct Supply, Inc.
Box 88201
Milwaukee, WI 53288-0201

DLH Plumbing Services
3738 FM 467
Seguin, TX 78155

Double Check Enterprises Inc.
251 Shady Ln
Seguin, TX 78155

Elliot Greenleaf P.C.
925 Harvest Drive
Suite 300
PO Box 3010
Blue Bell, PA 19422

Fennell & Associates LLC
800 E Campbell Rd
Ste 120
Richardson, TX 75081

Firestone (Credit First)
PO Box 81344
Cleveland, OH 44188
```

```
Frontier Communications
PO BOX 740407
Cincinnati, OH 45274

Green Light Group, LLC
PO BOX 561523
Dallas, TX 75356

Green Mountain Energy 124723636
Po Box 121233
Dallas, TX 75312

Hagar Resturant Service LLC
6200 N. W. 2nd St
Oklahoma City, OK 73127

Happy Tails
328 Mustang Crossing Drive
Pipe Creek, TX 78063

Higginbotham COBRA Services
P.O. Box 1271
Fort Worth, TX 76101

Iron Mountain INC
PO Box 915004
Dallas, TX 75391

Jon McPike
904 Emerald Blvd.
Southlake, TX 76092

Karcher North America
DEPT CH 19244
Palatine, IL 60055

Lance Turner
108 Aledo Glen CT
Aledo, TX 76008

Landmark Healthcare
3455 Northeast Loop 820
Fort Worth, TX 76137

Laurie B. McPike
904 Emerald Blvd.
Southlake, TX 76092

Laurie Beth McPike
904 Emerald Blvd.
Southlake, TX 76092

Lawn Pros, LLC
P.O. Box 1213
Colleyville, TX 76034
```

Lola Lorena Ltd. Co.
2016 Glenco Terrace
Fort Worth, TX 76110

Matera Paper Company, Inc.
P.O. Box 200184
San Antonio, TX 78220

Methodist Hospitals of Dallas
PO Box 911875
Dallas, TX 75391

Metrocrest Chamber of Commerce
2550 Midway Road
Suite 240
Carrollton, TX 75006

Montgomery Coscia Greilich, LLP
2500 Dallas Parkway
Suite 300
Plano, TX 75093

Nanda Shipp
950 Eveningsong Dr
Castle Rock, CO 80104

NBU New Braunfels Utilities
PO Box 660
San Antonio 78293

New Benefits Ltd.
PO Box 803475
Dallas, TX 75380

New Braunfels Cardiology (Common)
1626 E Common St
New Braunfels, TX 78130

New Braunfels Utilities
P.O. Box 660
San Antonio, TX 78293

North American Administrators
1826 Elm Hill Pike
Nashville, TN 37210

North Texas Heart Care
4325 Nort Josey Lane
Plaza 3 Suite 204
Carrollton, TX 75010

Omnicare Pharmacy of Texas 1, LP
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH 45202

```
Park Hill Surgery Center
3455 Locke Ave
STE 100
Fort Worth, TX 76107

PharmScript LLC
150 Pierce St
Somerset, NJ 08873

PLIC - SBD Grand Island
PO BOX 10372
Des Moines, IA 50306

PointClick Care Technologies INC
P.O. BOX 674802
Detroit, MI 48267

Portable Diagnostic Services Inc
3022 Motley Dr
Mesquite, TX 75150

Porter Law Firm
3311 Woods Blvd
Tyler, TX 75707

Primary Health
PO Box 743571
Atlanta, GA 30374

Primary Health-SMMPP
1661 N Swan Road
#140
Tucson, AZ 85712

RC Practitioners, PLLC
4401 Little RD Ste. 550
#256
Arlington, TX 76016

Robert English
1547 Tiffany Forest Court
Grapevine, TX 76051

Schryver Medical
12075 East 45th Ave
Ste 600
Denver, CO 80239

Seguin Area Chamber of Commerce
116 N. Camp St.
Seguin, TX 78155

Seguin Gazette-Enterprise
PO Box 1200
Seguin, TX 78155
```

```
Sharon Silletti
450 Lone Trail
Rhome, TX 76078

Simply Work
PO Box 2172
Neenah, WI 54957

SRP Environmental LLC
348 Aero Drive
Shreveport, LA 71107

Tammie Wilson
1515 Hayloft Lane
Granbury, TX 76048

The Hartford
P.O. Box 660916
Dallas, TX 75266

Time Warner Cable - Acct 5277
P.O. Box 60074
City of Industry, CA 91716

Time Warner Cable 8260131000009820
PO Box 60074
City Of Industry, CA 91716

UNUM Life Insurance Company of America
P.O. Box 409548
Atlanta, GA 30384

UT Southwestern University
PO Box 849928
Dallas, TX 75284

Vectra RX LLC
1661 N Swan Road
#140
Tucson, AZ 85712

WC of Texas
PO Box 660389
Dallas, TX 75266

Wendy Grant
PO Box 309
Stockdale, TX 78160

Wick Phillips Gould & Martin, LLP
3131 McKinney Ave
Dallas, TX 75204
```